Entered on Docket June 6, 2018

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | IN CHAPTER 13 PROCEEDING NO. 17-14716-TWD |
|---|---|
| DEAN BRAXTON MIX , | AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE |
| Debtor(s). | |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 44). Based on the agreement of the parties, it is

ORDERED that:

1) The debtor is required to make the plan payment each month for the six month period beginning June, 2018;

2) If the debtor fails to make any plan payment during this six month period, the Trustee may submit an *ex parte* order dismissing this case;

3) This order does not excuse any plan payment delinquency; and

4) This order does not affect the rights of creditors or parties in interest under the terms of the debtor's plan.

/ / /End of Order/ / /

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Approved:

*/s/ Travis Gagnier* [approved via email]
Travis Gagnier, WSBA #26379
Attorney for Debtor(s)

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 17-14716-TWD    Doc 55    Filed 06/06/18    Ent. 06/06/18 13:16:41    Pg. 2 of 2